IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:22-CV-717-WO-JLW

| | |
|---|---|
| ANGELICA ROSE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF NORTH CAROLINA at CHAPEL HILL; SHIMUL MELWANI (in her individual capacity); SREEDHARI DESAI (in her individual capacity); MICHAEL CHRISTIAN (in his individual capacity); BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA;<br><br>    Defendants. | **UNIVERSITY DEFENDANTS' MOTION TO DISMISS**<br><br>**Fed. R. Civ. P. 12(b)1 and 12(b)(6)** |

    Defendants the Board of Governors of the University of North Carolina and the University of North Carolina at Chapel Hill, through undersigned counsel, move to dismiss Angelica Rose Brown's complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

    In support of this motion, University Defendants rely on the complaint and the brief in support of this motion.

1

This 18th day of November, 2022.

                                    JOSHUA H. STEIN
                                    Attorney General

                                    /s/ Kenzie M. Rakes
                                    Kenzie M. Rakes
                                    Special Deputy Attorney General
                                    NC State Bar No. 46349
                                    krakes@ncdoj.gov

                                    North Carolina Department of Justice
                                    PO Box 629
                                    Raleigh, NC  27602
                                    Tel: 919-716-6920
                                    Fax: 919-716-6764

                                    *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **UNIVERSITY DEFENDANTS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, including Plaintiff's counsel, Valerie L. Bateman (valerie@newsouthlawfirm.com); Artur Davis (adavis@hkm.com); and Lisa Walker (lisa@lisawalkerlaw.com).

This the 18th day of November, 2022.

    /s/ Kenzie M. Rakes
Kenzie M. Rakes
Special Deputy Attorney General