IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ANGELICA ROSE BROWN,              )
                                  )
          Plaintiff,              )
                                  )
     v.                           )
                                  )
                                  )    1:22-cv-717
THE UNIVERSITY OF NORTH           )
CAROLINA AT CHAPEL HILL           )
and BOARD OF GOVERNORS            )
OF THE UNIVERSITY OF              )
NORTH CAROLINA,                   )
                                  )
          Defendants.             )
```

## ORDER

On June 24, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 73, 74). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 73), is **ADOPTED. IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 68), is **DENIED WITHOUT PREJUDICE** to refile if needed upon the conclusion of discovery. Furthermore, that dispositive motions shall be due within 30 days of the close of the limited discovery period.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Stay Deadline to Respond to Defendants' Motion for Summary Judgment and for Oral Argument on the Pending Motion to Amend Complaint, (Doc. 70), is **DENIED AS MOOT**.

This the 14th day of July, 2025.

                                          /s/ William L. Osteen, Jr.
                                        United States District Judge